# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0696

_____

DA'VHON YOUNG,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

May 29, 2024

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

B.L. THOMAS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Da'vhon Young, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.